18590—Leo Katz v. American Finance Co., error—Franklin Appeals—Judgment affirmed, Marshall, C. J., Jones, Mathias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 5-19-24, 2 Abs. 356; OS pend, 2 Abs. 408. For sylbabus see this page.

### MOTION DOCKET

# Abstracts of Last Week's SUPREME COURT OPINIONS

### SYLLABI

No. 18590—Leo Katz v. American Finance Co. Error to Franklin Appeals.

**229. CHATTEL MORTGAGES**—In foreclosure of, parties not entitled to jury trial.

**1235. VERDICT**—Where sole issue is one of fact and record shows competent evidence, Supreme Court will not disturb finding.

DAY, J.

1. A foreclosure of a chattel mortgage is an equitable proceeding and one in which parties are not entitled to a trial by jury.

2. When the sole issue presented by a record is one of fact, and there is competent evidence to support the findings of the lower courts, this court, not determining the weight of the evidence, will not disturb such findings. Judgment affirmed.

## STATE SUPREME COURT—Continued

Marshall, C. J., Jones, Matthias, Allen, Kinkade and Robinson, JJ., concur.